UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
RAMONITA ROSA,

        Plaintiff,

        -against-

MYSTIC BROKERAGE, INC., 56-20 WALDRON LLC, GUS KODOGIANNIS, AND MARIA KODOGIANNIS,

        Defendants.
-----------------------------------------------------------------x

**ORDER**
15-cv-4360 (LDH)(RER)

LaShann DeArcy Hall, United States District Judge:

        On October 4, 2017, United States Magistrate Judge Ramon E. Reyes, Jr issued a Report and Recommendation recommending that this Court approve the parties' September 29, 2017 joint motion for judicial approval of their settlement agreement (ECF Doc. No. 46). The parties were given until October 18, 2017, to file objections to the Report and Recommendation. No objections have been filed. Where no objections to a Report and Recommendation have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001)). The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Reyes' Report and Recommendation in its entirety as the opinion of this Court. Defendants shall file the stipulation of dismissal on or before November 10, 2017.

Dated: October 23, 2017
       Brooklyn, New York

SO ORDERED.

       /s/ LDH

LaShann DeArcy Hall
United States District Judge